■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY ABRAHAM, Appellant. [52 NYS3d 228]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Dwyer, J.), rendered May 15, 2014, convicting him of criminal possession of a controlled substance in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's valid waiver of his right to appeal forecloses appellate review of his challenge to the hearing court's suppression determination (*see People v Kemp*, 94 NY2d 831, 833 [1999]; *People v Sanchez*, 122 AD3d 778, 778-779 [2014]; *People v Kidd*, 100 AD3d 779, 779 [2012]), and his contention that the sentence imposed was excessive (*see People v Seaberg*, 74 NY2d 1, 9 [1989]). Rivera, J.P., Hall, LaSalle and Connolly, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAROD BAKER, Appellant. [52 NYS3d 232]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 22, 1998 (*People v Baker*, 251 AD2d 592 [1998]), affirming a judgment of the Supreme Court, Kings County, rendered December 4, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Balkin, J.P., Hall, Hinds-Radix and Connolly, JJ., concur.